UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Polo North Country Club, Inc.    :    Civil Action No. 15-cv-02594-JBS-JS
                                 :
v.                               :
                                 :
ACR Energy Partners, LLC         :

**DISCLOSURE STATEMENT**

The undersigned counsel for ACR Energy Partners, LLC,
certifies that this party is a non-governmental corporate party and that:

☒ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:
ACR Energy Partners, LLC is a wholly-owned subsidiary of Energenic-US, LLC. Energenic-US, LLC has two members: Marina Energy, LLC and DCO Energy, LLC. Marina Energy, LLC has one member: South Jersey Industries, Inc., which is a New Jersey corporation with its headquarters in New Jersey. DCO Energy, LLC has three members: Frank DiCola, Michael Jingoli, and Joseph Jingoli, Jr., all of whom are domiciled in New Jersey. ACR Energy also submits this citizenship information in support of paragraph 3 of ACR Energy's Notice of Removal (Docket No. 1 in the above-referenced case). No publicly held corporations own 10% or more of ACR Energy's stock; however, one of the ultimate parents is South Jersey Industries, Inc.

**OR**

☐ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

/s/ Stuart M. Brown                          DLA Piper LLP (US)
Signature of Attorney                        Name of Firm

Stuart M. Brown                              17 Gordon's Alley, Suite 100
Print Name                                   Address

4/13/2015                                    Atlantic City, NJ 08401
Date                                         City/State/ZIP Code

Instructions:
1. Disclosure Statement is to be filed as a separate document.
2. Select Case Type (Civil) from the menu bar at the top of the ECF screen.
3. Click on **Other Documents**.
4. Select **Corporate Disclosure Statement**.
5. Enter the case for which the Disclosure Statement is being filed.
6. Select the PDF document to file.
7. Select the party filing the Disclosure Statement.
8. If applicable, insert the name of the Corporate Parent or leave blank.
9. Proofread the docket text.
10. Submit the Disclosure Statement by clicking the **NEXT** button.

DNJ-CMECF-005 (5/2/08)