IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>REVEL AC, INC., *et al.*,<br><br>                  Debtors. | HONORABLE JEROME B. SIMANDLE<br><br>Civil Action No. 15-02594-JBS-JS |
| POLO NORTH COUNTRY CLUB, INC.<br><br>                  Plaintiff,<br><br>v.<br><br>ACR ENERGY PARTNERS, LLC, A NEW JERSEY LIMITED LIABILITY COMPANY,<br><br>                  Defendant. | |

### ACR ENERGY PARTNERS, LLC'S MOTION FOR ORDER TO SHOW CAUSE SEEKING TEMPORARY RESTRAINING ORDER

ACR Energy Partners, LLC ("**ACR Energy**"), by and through its undersigned counsel, hereby moves this Honorable Court to enter an order to show cause why a temporary restraining order should not be issued restraining Polo North Country Club, Inc. from interfering with, connecting equipment to and using the equipment and distribution system owned by ACR Energy located within the complex formerly known as the Revel Atlantic City Hotel and Casino, purchased by Polo North on April 7, 2015.  In support hereof, ACR Energy relies on its brief

in support hereof, the Affidavit of Frank E. DiCola and the Second Affidavit of Frank E. DiCola, which are incorporated herein as though set forth at length below.

**DLA Piper LLP (US)**
17 Gordon's Alley
Suite 100
Atlantic City, New Jersey 08401
(609) 449-7000
stuart.brown@dlapiper.com


By:__/s/ *Stuart M. Brown*_____
         Stuart M. Brown