UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE:  CAMDEN                                         April 15, 2015

**CHIEF JUDGE JEROME B. SIMANDLE**

Court Reporter:  Ted Formaroli

Title of Case:                                          Docket #  Cv 15-2594(JBS/JS)
POLO NORTH COUNTRY CLUB
        VS
ACR ENERGY PARTNERS, LLC

Appearances:
Willis Flowers, Esq. for plaintiff
Stuart Brown, Esq for deft
Thomas Pitta, Esq. for BNY Mellon

Nature of Proceedings:     MOTION HEARING/SETTLEMENT CONFERENCE

Hearing for Order to Show Cause with Temporary Restraining Order (4)
Ordered Hearing Continued until 4/16/15 at 9:00

Time Commenced  3:00 pm  Time Adjourned  5:00 pm Total Time: 2 Hours

                                        s/ *Marnie Maccariella*
                                        **DEPUTY CLERK**