UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE:  CAMDEN                                        April 16, 2015

**CHIEF JUDGE JEROME B. SIMANDLE**

Court Reporter: NONE

Title of Case:                                        Docket #  Cv 15-2594(JBS/JS)
POLO NORTH COUNTRY CLUB
        VS
ACR ENERGY PARTNERS, LLC

Appearances:
Willis Flowers, Esq for plaintiff
Stuart Brown, Esq for deft
Thomas Pitta, Esq. for BNY Mellon

Nature of Proceedings:     MOTION HEARING/SETTLEMENT CONFERENCE

Hearing for Order to Show Cause with Temporary Restraining Order (4)
Ordered Hearing Continued until 4/16/15 at 2:00 pm


Time Commenced  9:00 am  Time Adjourned  9:10 am  Total Time: 10 Minutes

                                        s/ *Marnie Maccariella*
                                        **DEPUTY CLERK**