UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE:  CAMDEN                                          April 16, 2015

**CHIEF JUDGE JEROME B. SIMANDLE**

Court Reporter: NONE

Title of Case:                                    Docket #  Cv 15-2594(JBS/JS)
POLO NORTH COUNTRY CLUB
         VS
ACR ENERGY PARTNERS, LLC

Appearances:
Willis Flowers, Esq for plaintiff
Stuart Brown, Esq for deft


Nature of Proceedings:      SETTLEMENT CONFERENCE


Time Commenced 2:10 am  Time Adjourned 2:20 am  Total Time: 10 Minutes


                                                s/ *Marnie Maccariella*
                                                **DEPUTY CLERK**