UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN											April 16, 2015

**CHIEF JUDGE JEROME B. SIMANDLE**

Court Reporter: NONE

Title of Case:								Docket #  Cv 15-2594(JBS/JS)
POLO NORTH COUNTRY CLUB
			VS
ACR ENERGY PARTNERS, LLC

Appearances:
Willis Flowers, Esq for plaintiff
Stuart Brown, Esq for deft


Nature of Proceedings:		SETTLEMENT CONFERENCE


Time Commenced 4:10 am  Time Adjourned 4:20 am  Total Time: 10 Minutes


									s/ *Marnie Maccariella*
									**DEPUTY CLERK**